USCA1 Opinion

 

 October 11, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1634 NEIL GLOVER,  Plaintiff, Appellee, v. SGT. DAVID CRAWFORD, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Jeffrey R. Howard, Attorney General, and Ann F. Larney, Assistant _________________ _____________ Attorney General, on brief for appellant. Paul Bennett and Frank L. Bruno on brief for appellee. ____________ ______________ ____________________ ____________________ Per Curiam. Appellant-defendant David Crawford ___________ appeals from the district court's denial of his renewed motion for judgment as a matter of law. We summarily affirm _________ ______ the denial of the motion for substantially the reasons stated by the district court in its order dated May 24, 1996. Affirmed. See 1st Cir. R. 27.1. ________ ___ -2-